# United States Bankruptcy Court
## Northern District Of Illinois
### Western Division

Page 1

| | | | | |
|---|---|---|---|---|
| In RE: | LON NIGRO | JACKLYN NIGRO | Case Number | 11/7/2023 |
| | 903 OAK HILL DRIVE | | | |
| | | | **23-80403  TML** | |
| | SPRING GROVE IL 60081 | | SS #:   xxx-xx-8560    xxx-xx-9899 | |

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class | % to be Paid |
|---|---|---|---|---|---|---|---|---|
| 000-0 | FACTORLAW<br>STE 1500 | 105 W MADISON ST<br>CHICAGO,IL 60602- | 06/15/2023 | 4,813.00 | 4,813.00<br>Paid Direct (2,000.00) | 0.00 | Legal | 100.00 |
| 001-0 | NATIONSTAR MORTGAGE LLC<br>PO BOX 619094 | BANKRUPTCY DEPARTMENT<br>DALLAS,TX 75261-9741 | 06/14/2023 | 111,172.51 | 0.00 | 0.00 | Direct | |
| 006-0 | JPMORGAN CHASE BANK NA | PO BOX 15368<br>WILMINGTON,DE 19850- | 04/28/2023 | 21,394.82 | 21,394.82 | 2.00 | Unsecured | 100.00 |
| 008-0 | SYNCHRONY BANK BY AIS INFOSOUR<br>PO BOX 4457 | DEPT 888<br>HOUSTON,TX 77210-4457 | 06/14/2023 | 7,070.03 | 7,070.03 | 2.00 | Unsecured | 100.00 |
| 012-0 | MARINOSCI LAW GROUP, P.C.<br>16415 ADDISON ROAD, SUITE 725 | ATTN: BANKRUPTCY DEPARTMENT<br>ADDISON,TX 75001- | | 0.00 | 0.00 | 0.00 | Not Filed | |
| 013-0 | NISHA B. PARIKH<br>1771 W. DIEHL ROAD. STE 120 | DIAZ ANSELMO & ASSOCIATES LLC<br>NAPERVILLE,IL 60563- | | 0.00 | 0.00 | 0.00 | Not Filed | |
| 014-0 | DISCOVER BANK | PO BOX 3025<br>NEW ALBANY,OH 43054- | 05/03/2023 | 3,953.86 | 3,953.86 | 2.00 | Unsecured | 100.00 |
| 015-0 | LVNV FUNDING LLC<br>PO BOX 10587 | C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE,SC 29603-0587 | 06/08/2023 | 1,419.72 | 1,419.72 | 2.00 | Unsecured | 100.00 |
| 016-0 | JOEL P. FONFERKO<br>15W030 NORTH FRONTAGE ROAD STE. 100 | CODILIS & ASSOCIATES, P.C.<br>BURR RIDGE,IL 60527- | | 0.00 | 0.00 | 0.00 | Not Filed | |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
-----------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and a copy was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Notice.

Dated at Rockford, IL  on ____11/7/2023_____                By ____/S/DOMINIC TASSONI_____